```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 51290
   RAYMOND J SNELL
   MARY SNELL                                   CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-9278      SSN XXX-XX-5178
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/13/05 and confirmed on 02/09/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 52090.44 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| CHRYSLER FINANCIAL SVC A | SECURED VEHIC | 6574.51 | 249.57 | 6574.51 |
| BECKET & LEE LLP | UNSECURED | 3698.08 | .00 | 2043.16 |
| ASPIRE VISA | UNSECURED | 2359.45 | .00 | 1303.57 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT FIRST NA | UNSECURED | 1165.74 | .00 | 644.06 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1517.05 | .00 | 838.16 |
| SMC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13346.03 | .00 | 7373.56 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8380.78 | .00 | 4630.31 |
| DISCOVER BANK | UNSECURED | 8800.62 | .00 | 4862.26 |
| EXXON MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 1815.10 | .00 | 1002.83 |
| MARSHALL FIELD | UNSECURED | 569.03 | .00 | 314.38 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5310.59 | .00 | 2934.05 |
| TARGET NATIONAL BANK | UNSECURED | 3446.91 | .00 | 1904.39 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3951.34 | .00 | 2183.08 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1991.69 | .00 | 1100.39 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 1964.43 | .00 | 1964.43 |
| CAPITAL ONE BANK | UNSECURED | 507.05 | .00 | 280.14 |
| BECKET & LEE LLP | UNSECURED | 34.00 | .00 | 18.79 |
| ECAST SETTLEMENT CORP | UNSECURED | 2527.49 | .00 | 1396.42 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10609.99 | .00 | 5861.92 |

          Summary of disbursements:
---

```
                    SECURED     PRIORITY    UNSECURED         OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  8538.94          .00     70030.94           .00     78569.88
PRINCIPAL PAID      8538.94          .00     38691.47           .00     47230.41
INTEREST PAID        249.57          .00          .00           .00       249.57
TOTAL PAID          8788.51          .00     38691.47           .00     47479.98
```

The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   2700.00
and was paid $    1000.00   direct and $    1700.00   through the plan.

The Trustee received $    2300.02 .

Refunds to the Debtor totaled $     610.44 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/10/09                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                               PAGE   2
          CASE NO. 05 B 51290 RAYMOND J SNELL & MARY SNELL